Gerald D. Wells III (CA Bar# 257496)
Meghan S. Maertz (CA Bar #276976)
CONNOLLY WELLS & GRAY, LLP
2200 Renaissance Blvd., Suite 308
King of Prussia, PA 19406
Telephone: 610-822-3700
Facsimile: 610-822-3800
Email: gwells@cwg-law.com

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT BOYER, individually and on behalf of all others similarly situated, | Case No. 14-CV-0980-JM-KSC |
| Plaintiff, | Honorable Jeffrey T. Miller |
| v. | Magistrate Judge Karen S. Crawford |
| BANC OF CALIFORNIA, INC. d/b/a BANC OF CALIFORNIA | **STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| Defendant. | |

STIPULATION OF DISMISSAL

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Brett Boyer and Defendant, by and through their undersigned counsel, hereby stipulate and agree to dismiss the above-captioned action with prejudice and without costs or fees to either party.

Dated:  August 15, 2014

Respectfully submitted,

| /s/Meghan S. Maertz_____ | /s/Saul S. Rostamian (w/express permission)__ |
| --- | --- |
| Meghan S. Maertz | Saul S. Rostamian |
| CONNOLLY WELLS & GRAY, LLP | WINSTON & STRAWN LLP |
| Gerald D. Wells, III (CA Bar# 257496) | Saul S. Rostamian |
| Meghan S. Maertz (CA Bar #276976) | Katherine B. Winston |
| 2200 Renaissance Blvd., Suite 308 | 333 S. Grand Avenue |
| King of Prussia, PA 19406 | Los Angeles, CA 90071-1543 |
| Telephone: 610-822-3700 | D: +1 (213) 615-1700 |
| Facsimile: 610-822-3800 | F: +1 (213) 615-1750 |
| Email:  gwells@cwg-law.com | |
| Counsel for Plaintiff | Counsel for Defendant |