UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT BOYER, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br>v.<br><br>BANC OF CALIFORNIA, INC. d/b/a BANC OF CALIFORNIA<br><br>          Defendant. | Case No. 14cv980 JM(KSC)<br><br>ORDER OF DISMISSAL |

Upon joint motion of the parties (Docket No. 13) and for good cause shown, the above-captioned action is dismissed with prejudice and each party will bear their own attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 4, 2014

_____
Hon. Jeffrey T. Miller
United States District Judge